# Exhibit Z

**EX. Z**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

**U.S. Patent No. 8,739,295 – Mediacom Communications Corporation and Mediacom Broadband LLC**

**Claim 13**

Plaintiffs Blue Spike LLC, Blue Spike International Ltd., and Wistaria Trading Ltd. (collectively "Blue Spike") provides evidence of infringement of claim 13 of U.S. Patent No. 8,739,295 (hereinafter "the '295 patent") by Mediacom Communications Corporation and Mediacom Broadband LLC ("Mediacom"). In support thereof, Blue Spike provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least Mediacom's Set-Top-Boxes, TV boxes, and Mediacom's services. These claim charts demonstrate Mediacom's infringement, provide notice of such infringement, by comparing each element of the asserted claim to corresponding components, aspects, and/or features of the Accused Instrumentalities. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Mediacom has not yet provided any non-public information. An analysis of Mediacom's (or other third parties') technical documentation and/or software source code may assist in fully identify all infringing features and functionality. Accordingly, Blue Spike reserves the right to supplement this infringement analysis once such information is made available to Blue Spike. Furthermore, Blue Spike reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim.

Unless otherwise noted, Blue Spike contends that Mediacom directly infringes the '295 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, Blue Spike further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. Mediacom makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringes claim 13 of the '295 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, Blue Spike believes and contends that each element of each claim asserted herein is literally met through Mediacom's provision of the Accused Instrumentalities. However, to the extent that Mediacom attempts to allege that any asserted claim element is not literally met, Blue Spike believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, Blue Spike did not identify any substantial differences between the elements of the patent claim and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

**EX. Z**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Instrumentalities, Blue Spike asserts that, on information and belief, any similarly-functioning instrumentalities also infringes the charted claim. Blue Spike reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Mediacom. Blue Spike also reserves the right to amend this infringement analysis by citing other claims of the '295 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. Blue Spike further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

**Ex. Z**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| 13. | A method for using a local content server system (LCS), said LCS comprising | Upon information and belief, Mediacom directly infringes the '295 patent at least by using the Accused Instrumentalities. Mediacom jointly infringes the asserted patent with its customers by conditioning the benefits of its services—including but not limited to HD or digital television channels and/or DVR services ("Mediacom service(s)")—on the performance of at least one element of the claimed system by its customers. <br><br> Mediacom further induces the infringement of its customers by instructing, encouraging, and enabling its customers to use the Accused Instrumentalities to access benefits of Mediacom's services through its provision of user guides, instructions, installation guides, and information in response to customer questions. <br><br> Mediacom further contributes to the infringement by providing components of the LCS system, including at least the Accused Instrumentalities. To the extent Mediacom does not supply the entire system, it supplies material component for use in practicing this patent, which are specifically made in a way to enable its infringement, and are not a staple article of commerce suitable for substantial non-infringing use. <br><br> For example, Mediacom offers for sale or lease an "DCH3416" [a local content server system (LCS)]. |

Ex. Z

BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               | **XTREAM** POWERED BY Mediacom.    SHOP    PRODUCTS ⌄    ABOUT ⌄    SUPPORT ⌄    BUSINESS <br><br> **What is the all-digital conversion?** <br><br> Mediacom is upgrading to an all-digital technology that will allow us to provide digital quality signals. Converting channels to all digital will allow us to provide improved picture and sound quality wit everything you watch, greater reliability, and also frees up capacity so we can offer more services in the future such 1 Gigabit High Speed Data! <br><br> **What do I need to do to go all-digital? What equipment do I need?** <br><br> If you already have a Mediacom digital box connected to all of your TVs or if you have a digital-ready TV, you do not need to take any action to order additional equipment. <br><br> If you are unsure whether you need to take action, please use the chart to see what action is required. <br> *See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/955/~/digital-conversion-faq (last accessed October 9, 2020). |

Ex. Z

BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  *See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/2727/~/list-of-mediacom-video-equipment-and-user-guides (last accessed October 8, 2020). <br><br> Mediacom offers for sale and/or leases the Mediacom service for use with, for example, the DCH3416 [LCS]. The DCH3416 [LCS] receives and stores digital content (e.g., digital video content) from the Mediacom service and controls access to the digital content to protect the content from unauthorized use. The DCH3416 [LCS] transmits the received content to a user device, such as a TV. |

November 5, 2020

Ex. Z

BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|  |  | **XTREAM** POWERED BY **Mediacom.**    SHOP    PRODUCTS ⌄    ABOUT ⌄    SUPPORT ⌄    BUSINESS<br><br>**What is the all-digital conversion?**<br><br>Mediacom is upgrading to an all-digital technology that will allow us to provide digital quality signals.  Converting channels to all digital will allow us to provide improved picture and sound quality wit everything you watch, greater reliability, and also frees up capacity so we can offer more services in the future such 1 Gigabit High Speed Data!<br><br>**What do I need to do to go all-digital? What equipment do I need?**<br><br>If you already have a Mediacom digital box connected to all of your TVs or if you have a digital-ready TV, you do not need to take any action to order additional equipment.<br><br>If you are unsure whether you need to take action, please use the chart to see what action is required.<br><br>*See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/955/~/digital-conversion-faq (last accessed October 9, 2020). |

Ex. Z
BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               | XTREAM POWERED BY Mediacom   SHOP   PRODUCTS ∨   ABOUT ∨   SUPPORT ∨   BUSINESS |

AMENDMENTS TO ARIZONA UNIVERSAL SERVICE FUND

ANNUAL CABLE SERVICE NOTICE

CA CONSUMER PRIVACY NOTICE

**Basic Service Tier:** The Basic Service Tier, Local PlusTV, is the lowest level of video service provided and includes off-air broadcast stations (ABC, CBS, NBC, FOX, etc.) and may include any public, educational and government access channels. The Basic Service Tier may vary for each community and is subject to change. ==Cable subscribers must subscribe to the Basic Service Tier to subscribe to any other cable Service. In all-digital systems, a digital receiver or CableCARD is needed to view the Basic Service Tier.==

**Optional Cable Services:** Where available, the following are Optional Cable Services in addition to the Basic Service Tier. Each of these Services may vary from community to community and is subject to change. ==Optional Cable Services are encrypted and need additional equipment to view.== You can lease this equipment from Mediacom or you may be able to purchase certain equipment at retail, which will need a CableCARD to work with Mediacom's cable systems (*see* Equipment section below).

*See* https://mediacomcable.com/legal/annual-cable-service-notice/ (last accessed October 9, 2020).

# TV & Internet your way with Xtream

Xtream gives you the flexibility and control to experience cable service TV & Internet like never before. Start enjoying Xtream TV today with these popular cable TV packages. Every Internet TV package comes with the following features.

| IN-HOME WIFI | XTREAM VOICE REMOTE | INTELLIGENT GUIDE | TV EVERYWHERE™ |
|--------------|---------------------|-------------------|----------------|
| Enjoy a powerful wireless signal throughout your home | Search for TV programming with a command of your voice | Use the state of art TiVo® search and guide | Watch TV anywhere in your home |

. . .

### Ex. Z
#### Blue Spike's Initial Infringement Analysis

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               | <br>*See* https://mediacomcable.com/products/television/ (last accessed October 9, 2020). |

**Ex. Z**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  *See* https://mediacomcable.com/products/television/ (last accessed October 8, 2020). |

**Ex. Z**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | <br>*See* https://mediacomcable.com/products/television/ (last accessed October 8, 2020). |
| | an LCS communications port; | Mediacom offers for sale and/or leases the Mediacom service for use with, for example, the DCH3416 [LCS]. The DCH3416 includes a "Video/Audio output" and "HDMI/YPbPr Output" ports [an LCS communications port] for connecting the DCH3416 [LCS] via a network to at least one content server, such as Mediacom's authorization server that stores and provides access to content. Upon information and belief, all LCS's offered for sale or lease by Mediacom include a communications port. |

**EX. Z**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | |  |

**Rear Panel**

| | |
|---|---|
| 1 | Cable In — Connects to cable signal from your service provider |
| 2 | RF Out — Ch 3/4 modulated audio/video (SDTV) to TV or VCR |
| 3 | M-Card — Inserted M-Card |
| 4 | Serial — Service only |
| 5-6 | Digital Audio (S/PDIF) — Provides Dolby® Digital 5.1 audio or PCM output |
| 7 | S-Video — Connects to S-Video (**SDTV**) input of TV or VCR |
| 8 | Video/Audio Out — Composite Video (**SDTV**) /Audio outputs / YPbPr— Component video output (**HDTV**) |
| 9 | HDMI — High-Definition TV (**HDTV**) connector |
| 10 | eSATA* — External Serial ATA disk interface |
| 11 | USB* 2.0 — High-Speed peripheral device connection |
| 12 | Ethernet* — Network connection |
| 13 | IEEE-1394 — Audio and video device connection |
| 14 | Power cord connector |

*\* Availability of certain features is dependent upon application support.*

. . .

**EX. Z**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | HDMI/YPbPr Output — Allows you to specify the video output format of the DCH receiver for all content (when the 4:3 override setting is Off) or for all 480p, 720p, and 1080i content (when the 4:3 override is used). Options include 1080i, 720p, 480p, and 480i. By default, the 1080i option is selected. The options are used as follows: <br><br> • 1080i — The DCH receiver will present programs in the High-Definition 1080i format (1920 x 1080 pixels). <br><br> • 720p — The DCH receiver will present programs in the High-Definition 720p format (1280 x 720 pixels). <br><br> • 480p — The DCH receiver will present programs in the Enhanced-Definition 480p format (720 x 480 pixels). <br><br> • 480i — The DCH receiver will present programs in the Standard-Definition 480i format (720 x 480 pixels). <br><br> Some televisions may only support certain video formats. Please consult your television's user manual for more information on format compatibility. <br><br> The DCH receiver can detect when the HDMI connection is in use. If you are not using the HDMI connection on the DCH receiver, the HDMI/YPbPr Output setting will display as YPbPr Output in the User Settings Menu. <br><br> *See* https://www.irblaster.info/manuals/motorola/DCH3416.pdf (last accessed October 12, 2020). |
| | an LCS storage unit for storing digital data in non-transitory form; | Mediacom offers for sale and/or leases the Mediacom service for use with, for example, the DCH3416 [LCS]. The DCH3416 includes a storage device, such as memory or a hard drive [an LCS storage unit] for storing content, such as digital video content [storing digital data in non-transient form]. Upon information and belief, all LCS's offered for sale or lease by Mediacom include a storage unit for storing digital data. |

**Ex. Z**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | **Table 1-1 DVR Recording Time Guidelines** |

| Model | Drive Size | Estimated Recording Hours For: | |
|---|---|---|---|
| | | Standard Digital Channels | HDTV Channels |
| DCH3416 | 160 GB | 55 to 100 | 14 to 21 |

All times are approximate. The actual hours a subscriber can record are a function of program bit rate, the IPG type, and the reserved buffer space.

**Standard Data Features**

- Integrated DOCSIS 1.0/1.1/2.0 capable cable modem
- 16 MB flash memory (supports up to 32 MB optional)
- 128 MB SDRAM (256 MB optional)
- One rear and one front Universal Serial Bus (USB) 2.0 port (dual connector interface)
- One eSATA (external SATA) connector, un-powered for data-only.
- 10/100 Mbps Ethernet Port (RJ-45)
- On-board real-time RF return (DOCSIS compliant)

*See* http:// https://www.midtel.com/wp-content/uploads/2020/07/Manual-Motorola-HD-DVR-DCH3416-Web.pdf (last accessed October 12, 2020).

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | an LCS domain processor that imposes a plurality of rules and procedures for content being | Mediacom offers for sale and/or leases the Mediacom service for use with, for example, the DCH3416 [LCS]. The DCH3416 includes a central processing unit [an LCS domain processor]. Upon information and belief, all LCS's offered for sale or lease by Mediacom include a domain processor. |

EX. Z

BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | transferred between said LCS and devices outside said LCS, thereby defining a first LCS domain; and | **1 INTRODUCTION**<br><br>This manual provides instructions for cable operator personnel to install the Motorola DCH3416 All-Digital High-Definition Dual Tuner DVR Cable Receiver. This unit includes a high-end processor, expanded memory, and enhanced graphics to support digital and on-demand broadcast and interactive services. It provides a full complement of interconnection options.<br><br>*See* https://www.midtel.com/wp-content/uploads/2020/07/Manual-Motorola-HD-DVR-DCH3416-Web.pdf (last accessed October 12, 2020).<br><br>On information and belief, the processing device of the DCH3416 [LCS] executes a sequence of instructions of one or more algorithms of a computer program [imposes a plurality of rules and procedures] for processing content being transferred between the DCH3416 [LCS] and one or more content server (e.g., Mediacom's servers) located remote from the DCH3416 [LCS] [devices outside said LCS]. For example, the DCH3416 [LCS] performs the sequence of instructions [imposes rules and procedures] to process content being transferred between the DCH3416 [LCS] and the one or more remote content servers [devices located outside said LCS], the content being part of the user's subscription package or directed to be processed by the DCH3416 [LCS] [first LCS domain]. For example, the DCH3416 [LCS] can accept and process received content when the content is addressed to and/or authorized for use by the DCH3416 [LCS]. Otherwise, the DCH3416 [LCS] can discard or reject content that is received by the DCH3416 [LCS] but not authorized for use by the DCH3416 [LCS] or not addressed to the DCH3416 [LCS]. |

EX. Z

BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  *See* https://mediacomcable.com/products/television/ (last accessed October 8, 2020). |

**EX. Z**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | |  *See* https://mediacomcable.com/products/television/ (last accessed October 8, 2020). |

November 5, 2020

16 of 69

Ex. Z

BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | |  |

TV & Internet your way with Xtream

Xtream gives you the flexibility and control to experience cable service TV & Internet like never before. Start enjoying Xtream TV today with these popular cable TV packages. Every Internet TV package comes with the following features.

**IN-HOME WIFI** — Enjoy a powerful wireless signal throughout your home

**XTREAM VOICE REMOTE** — Search for TV programming with a command of your voice

**INTELLIGENT GUIDE** — Use the state of art TiVo® search and guide

**TV EVERYWHERE™** — Watch TV anywhere in your home

. . .

November 5, 2020

17 of 69

## Ex. Z
### BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | |  *See* https://mediacomcable.com/products/television/ (last accessed October 9, 2020). |

EX. Z

BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               | XTREAM POWERED BY Mediacom    SHOP    PRODUCTS ⌄    ABOUT ⌄    SUPPORT ⌄    BUSINESS<br><br>**What is the all-digital conversion?**<br><br>Mediacom is upgrading to an all-digital technology that will allow us to provide digital quality signals.  Converting channels to all digital will allow us to provide improved picture and sound quality wit everything you watch, greater reliability, and also frees up capacity so we can offer more services in the future such 1 Gigabit High Speed Data!<br><br>**What do I need to do to go all-digital? What equipment do I need?**<br><br>If you already have a Mediacom digital box connected to all of your TVs or if you have a digital-ready TV, you do not need to take any action to order additional equipment.<br><br>If you are unsure whether you need to take action, please use the chart to see what action is required.<br><br>*See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/955/~/digital-conversion-faq (last accessed October 9, 2020). |

Ex. Z

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | |  **Basic Service Tier:** The Basic Service Tier, Local PlusTV, is the lowest level of video service provided and includes off-air broadcast stations (ABC, CBS, NBC, FOX, etc.) and may include any public, educational and government access channels. The Basic Service Tier may vary for each community and is subject to change. Cable subscribers must subscribe to the Basic Service Tier to subscribe to any other cable Service. In all-digital systems, a digital receiver or CableCARD is needed to view the Basic Service Tier.<br><br>**Optional Cable Services:** Where available, the following are Optional Cable Services in addition to the Basic Service Tier. Each of these Services may vary from community to community and is subject to change. Optional Cable Services are encrypted and need additional equipment to view. You can lease this equipment from Mediacom or you may be able to purchase certain equipment at retail, which will need a CableCARD to work with Mediacom's cable systems (*see* Equipment section below).<br><br>*See* https://mediacomcable.com/legal/annual-cable-service-notice/ (last accessed October 9, 2020).<br><br>**Self-Activate Mediacom XTREAM Cable Modems & Gateways**<br><br>Setup your new Mediacom XTREAM cable modem by following these easy steps.<br><br>• Connect your new cable modem to the coaxial cable from the wall<br>• Connect a PC to the modem via Ethernet cable only. You will not be able to activate the modem if you connect it to a router.<br>• You should automatically be redirected to the new activation page.<br>• New customers will login with their billing account number and activation code **or** existing customers will use their Mediacom ID (modem swaps).<br><br>From there you will simply follow the steps given to you by the Mediacom install webpage.<br><br>Find a Mediacom Modem<br><br>*See* https://www.approvedmodems.com/activate-mediacom-cable-modem.html (last accessed October 8, 2020). |
| | a programmable | Mediacom offers for sale and/or leases the Mediacom service for use with, for example, the DCH3416 [LCS]. The DCH3416 includes a central processing unit [an LCS domain processor]. |

EX. Z
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | address module programmed with an LCS identification code uniquely associated with said LCS domain processor; comprising: | For example, upon information and belief, the DCH3416 [LCS] includes a machine address code ("MAC") address [an LCS identification code] that is unique to the DCH3416 [LCS] and is associated with the processing device [LCS domain processor]. For example, the DCH3416 [LCS] is configured to receive the content (e.g., video) transmitted in packets to the DCH3416 [LCS]. A MAC address is inserted into the header of the packets in order to route the packets to the DCH3416 [LCS]. The processing device [LCS domain processor] of the DCH3416 [LCS] is configured to read the MAC address from a packet and compare the MAC address of the packet to the MAC address of the DCH3416 [LCS] that is stored or programmed in a component or module of the DCH3416 [LCS].<br><br><br><br>*See* https://www.mediacombundledeals.com/FAQS (last accessed October 12, 2020). |

## Ex. Z
### BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | The Unit Address fields are: |

| Field | Description |
|-------|-------------|
| **TvPC Installed** | Indicates whether the TvPC renewable security system is installed: <br> NO — TvPC is not installed (Note: the DCH3416 does not include a TvPC slot) |
| **CableCARD Inserted** | YES — CableCARD is inserted <br> NO — CableCARD is not inserted |
| **Unit Address** | A unique decimal number that indicates the unit address or physical address. |
| **OOB Addresses** | |
| **Network** | The DCH3416 network address displayed in decimal format. |
| **Multicast 16 Address** | Specifies the stream to which the OOB multicast 16 addresses are assigned. The stream type and multicast 16 addresses cycle on the OSD every 5 seconds. The valid stream types nnnn are: <br><br> Net — Network <br> EMM — EMM <br> SCC — SCC_ECM <br> Dnld — Download <br> Data — Data <br> Poll — Polling packet identifier (PID) <br><br> The 16-bit multicast address is displayed in 4-byte hexadecimal format. The multicast 16 addressed messages filter on a 16-bit multicast address. The user processor can define up to four multicast addresses in hardware, and any message matching one of the four is processed. Messages not matching the multicast address are discarded. |
| **Serial Number** | The Host Serial Number is displayed on the Unit Address diagnostic screen. |
| **MAC Addresses** | The DOCSIS, Ethernet, 1394, USB, and MAC addresses are stored in protected flash and displayed in hexadecimal. |

*See* https://www.midtel.com/wp-content/uploads/2020/07/Manual-Motorola-HD-DVR-DCH3416-Web.pdf (last accessed October 12, 2020).

EX. Z

BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | storing, in said LCS storage unit, a plurality of rules for processing a data set; | On information and belief, in order to process and play video content received from the content servers, such as Mediacom's servers, the DCH3416 stores, in the memory device of the DCH3416 [LCS storage unit], a sequence of instructions of one or more algorithms [said plurality of rules] to be executed by the processing device of the DCH3416 [LCS storage unit] to perform operations specified in the instructions for processing content (e.g., video) [a data set]. Upon information and belief, all LCS's sold, leased, or required by Mediacom in order to receive the benefit of Mediacom's services, perform this function. |

**Table 1-1 DVR Recording Time Guidelines**

| Model | Drive Size | Estimated Recording Hours For: | |
|---|---|---|---|
| | | Standard Digital Channels | HDTV Channels |
| DCH3416 | 160 GB | 55 to 100 | 14 to 21 |

All times are approximate. The actual hours a subscriber can record are a function of program bit rate, the IPG type, and the reserved buffer space.

**Standard Data Features**

- Integrated DOCSIS 1.0/1.1/2.0 capable cable modem
- 16 MB flash memory (supports up to 32 MB optional)
- 128 MB SDRAM (256 MB optional)
- One rear and one front Universal Serial Bus (USB) 2.0 port (dual connector interface)
- One eSATA (external SATA) connector, un-powered for data-only.
- 10/100 Mbps Ethernet Port (RJ-45)
- On-board real-time RF return (DOCSIS compliant)

*See* http:// https://www.midtel.com/wp-content/uploads/2020/07/Manual-Motorola-HD-DVR-DCH3416-Web.pdf (last accessed October 12, 2020).

Ex. Z
BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | receiving, via said LCS communications port, a first data set that includes data defining first content; | For example, the DCH3416 [LCS] is configured to receive, via (for example) "Video/Audio output" and "HDMI/YPbPr Output" ports [said LCS communication port], data or digital content (e.g., movies, a TV shows, etc.) [a first data set] associated with a channel available from content servers (e.g., Mediacom's servers) along with a "channel lineup" listing the digital content associated with the channels available [data defining first content]. In addition, the DCH3416 TV box [LCS] receives digital content (e.g., movies, shows, etc.) [a first data set] along with information (e.g., title, duration, description, etc.) that describes the digital content associated with the available channels from the content servers [data defining first content]. Upon information and belief, all LCS's sold, leased, or required by Mediacom in order to receive the benefit of Mediacom's services, perform this function.<br><br><br><br>*See* https://mediacomcable.com/products/television/ (last accessed October 8, 2020). |

EX. Z
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | ## TV & Internet your way with Xtream<br><br>Xtream gives you the flexibility and control to experience cable service TV & Internet like never before. Start enjoying Xtream TV today with these popular cable TV packages. Every Internet TV package comes with the following features.<br><br>**IN-HOME WIFI**  **XTREAM VOICE REMOTE**  **INTELLIGENT GUIDE**  **TV EVERYWHERE™**<br><br>Enjoy a powerful wireless signal throughout your home  Search for TV programming with a command of your voice  Use the state of art TiVo® search and guide  Watch TV anywhere in your home<br><br>. . . |

## Ex. Z
### BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | |  *See* https://mediacomcable.com/products/television/ (last accessed October 9, 2020). |

**EX. Z**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | *See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/682/~/i-guide-dvr (last accessed October 12, 2020).<br><br><br><br>*See* https://commcenter.mchsi.com/files/mediacom/faqs/docs/dvr.html (last accessed October 12, 2020). |
| | said LCS determining whether said first content belongs to a different LCS domain than said first LCS domain; | Upon information and belief, all LCS's sold, leased, or required by Mediacom in order to receive the benefit of Mediacom's services, perform this function. For example, the DCH3416 [LCS] is configured to determine whether content associated with a particular channel [first content] is part of the user's subscription package [first LCS domain] or whether the content associated with a particular channel [first content] is not directed to the DCH3416 [LCS] and/or is not authorized for playback to the user [a different LCS domain]. Thus, the DCH3416 TV Box [LCS] is configured to determine whether the content associated with a channel is available to the user of the DCH3416 TV Box [determine whether said first content belongs to a different LCS domain than said first LCS domain].<br><br>For example, the DCH3416 TV Box is configured to determine whether content associated with a particular channel [first content] is part of the user's subscription package [first LCS domain]. Thus, the DCH3416 TV Box [LCS] is configured to determine whether the content associated with a channels is not part of the user's subscription package and unavailable to be played by the DCH3416 TV Box [determine whether said first content belongs to a different LCS domain than said first LCS domain. See Figs. below. |

EX. Z

BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  *See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/955/~/digital-conversion-faq (last accessed October 9, 2020). |

Ex. Z
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  |

EX. Z

BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  *See* https://mediacomcable.com/products/television/ (last accessed October 12, 2020). |

EX. Z
BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|  |  | <br><br>*See* https://mediacomcable.com/products/television/ (last accessed October 9, 2020).<br><br>In addition and/or alternatively, the DCH3416 TV Box [LCS] is configured to receive packets carrying the content [first content] from content servers.  The packets include the content [first content] and a header that includes information about the content being sent and the particular DCH3416 that the packet is being directed or addressed to (e.g., the MAC address of the DCH3416 TV Box [LCS]).  The DCH3416 TV Box [LCS] is configured to determine whether the received content [first content] is addressed to and/or authorized for use by the DCH3416 TV Box [LCS] or is addressed to a different DCH3416 TV Box [belongs to a different LCS domain] by comparing the MAC address contained in the packets to the MAC addresses of the DCH3416 TV Box [LCS].  The DCH3416 TV Box [LCS] will accept the packet and process the content when the packets are addressed to and/or authorized for use by [belongs to] the DCH3416 TV Box [first LCS domain].  Otherwise, the DCH3416 TV Box [LCS] will discard or reject the packets that are addressed a different or second DCH3416 TV Box [LCS] [belongs to a different LCS domain than the first LCS domain]. |

EX. Z

BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               | <br><br>*See* https://www.mediacombundledeals.com/FAQS (last accessed October 12, 2020). |

EX. Z

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | The Unit Address fields are: |

| Field | Description |
|---|---|
| **TvPC Installed** | Indicates whether the TvPC renewable security system is installed: NO — TvPC is not installed (Note: the DCH3416 does not include a TvPC slot) |
| **CableCARD Inserted** | YES — CableCARD is inserted<br>NO — CableCARD is not inserted |
| **Unit Address** | A unique decimal number that indicates the unit address or physical address. |
| **OOB Addresses** | |
| **Network** | The DCH3416 network address displayed in decimal format. |
| **Multicast 16 Address** | Specifies the stream to which the OOB multicast 16 addresses are assigned. The stream type and multicast 16 addresses cycle on the OSD every 5 seconds. The valid stream types nnnn are:<br>Net — Network<br>EMM — EMM<br>SCC — SCC_ECM<br>Dnld — Download<br>Data — Data<br>Poll — Polling packet identifier (PID)<br><br>The 16-bit multicast address is displayed in 4-byte hexadecimal format. The multicast 16 addressed messages filter on a 16-bit multicast address. The user processor can define up to four multicast addresses in hardware, and any message matching one of the four is processed. Messages not matching the multicast address are discarded. |
| **Serial Number** | The Host Serial Number is displayed on the Unit Address diagnostic screen. |
| **MAC Addresses** | The DOCSIS, Ethernet, 1394, USB, and MAC addresses are stored in protected flash and displayed in hexadecimal. |

*See* https://www.midtel.com/wp-content/uploads/2020/07/Manual-Motorola-HD-DVR-DCH3416-Web.pdf (last accessed October 12, 2020).

EX. Z

BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | As an example, the DCH3416 TV Box [LCS] is configured to determine whether the received content [first content] is addressed to the DCH3416 TV Box [LCS] (e.g., a first DCH3416 TV Box of a user located a first location, such as a living room) [first LCS domain] or is addressed to [belongs to] to a different DCH3416 TV Box (e.g., a second DCH3416 TV Box of the user located at a second location, such as a bedroom) [a different LCS domain] by comparing the MAC address contained in the packets to the MAC address of the DCH3416 TV Boxes. <br><br>  <br><br> *See* https://www.mediacombundledeals.com/FAQS (last accessed October 12, 2020). |

EX. Z
BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | The Unit Address fields are: |

| Field | Description |
|---|---|
| **TvPC Installed** | Indicates whether the TvPC renewable security system is installed: NO — TvPC is not installed (Note: the DCH3416 does not include a TvPC slot) |
| **CableCARD Inserted** | YES — CableCARD is inserted NO — CableCARD is not inserted |
| **Unit Address** | A unique decimal number that indicates the unit address or physical address. |
| **OOB Addresses** | |
| **Network** | The DCH3416 network address displayed in decimal format. |
| **Multicast 16 Address** | Specifies the stream to which the OOB multicast 16 addresses are assigned. The stream type and multicast 16 addresses cycle on the OSD every 5 seconds. The valid stream types nnnn are: Net — Network EMM — EMM SCC — SCC_ECM Dnld — Download Data — Data Poll — Polling packet identifier (PID) The 16-bit multicast address is displayed in 4-byte hexadecimal format. The multicast 16 addressed messages filter on a 16-bit multicast address. The user processor can define up to four multicast addresses in hardware, and any message matching one of the four is processed. Messages not matching the multicast address are discarded. |
| **Serial Number** | The Host Serial Number is displayed on the Unit Address diagnostic screen. |
| **MAC Addresses** | The DOCSIS, Ethernet, 1394, USB, and MAC addresses are stored in protected flash and displayed in hexadecimal. |

*See* https://www.midtel.com/wp-content/uploads/2020/07/Manual-Motorola-HD-DVR-DCH3416-Web.pdf (last accessed October 12, 2020).

Ex. Z
BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | In addition and/or alternatively, the DCH3416 TV Box [LCS] can be configured to determine whether the content associated with a particular channel [first content] is not authorized for playback to a particular user (i.e., kids) [a different LCS domain]. Thus, the DCH3416 TV Box [LCS] is configured to determine whether the content associated with a channel is unavailable to be played on the DCH3416 TV Box [determine whether said first content belongs to a different LCS domain than said first LCS domain]. For example, customers using the DCH3416 TV Box have the power to control what their family watches with parental control features. With tools, a customer can set up purchase and lock PINs, TV and movie locks, and even block certain networks from being accessible while your child watches TV. Parents can also block certain movie and TV ratings using Mediacom parental controls. Upon information and belief, all LCS's sold, leased, or required by Mediacom in order to receive the benefit of Mediacom's services, perform this function. |

## Ex. Z
### BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | |  *See* https://mediacomcable.com/digitaladapter/dnr/search.html (last accessed October 12, 2020). |

Ex. Z
BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  . . . |

**Ex. Z**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | <br><br>*See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/678/~/i-guide-parental-controls (last accessed October 12, 2020). |
| | said LCS excluding | Upon information and belief, all LCS's sold, leased, or required by Mediacom in order to receive the benefit of Mediacom's services, perform this function. For example, the DCH3416 TV Box [LCS] is |

**EX. Z**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | from said first LCS domain said first content when said LCS determines that said first content belongs to said different LCS domain; | configured to exclude content from the available channels for which a user does not have access through their current subscription [exclude from said first LCS domain said first content when said LCS determines that said first content belongs to said different LCS domain].  For example, the DCH3416 TV Box [LCS] is configured to receive packets carrying the content [first content] from content servers.  The packets include the content [first content] and a header that includes information about the content being sent and the particular DCH3416 TV Box that the packet is being directed or addressed to (e.g., the MAC address of the DCH3416 TV Box [LCS]).  The DCH3416 TV Box [LCS] is configured to determine whether the received content [first content] is addressed to and/or authorized for use by the DCH3416 TV Box [LCS] (e.g., a first DCH3416 TV Box of a user located a first location, such as a living room) [first LCS domain] or is addressed to a different DCH3416 TV Box (e.g., a second DCH3416 TV Box of the user located at a second location, such as a bedroom) [a different LCS domain] [belongs to a different LCS domain] by comparing the MAC address contained in the packets to the MAC addresses of the DCH3416 TV Box [LCS].  The DCH3416 TV Box [LCS] will accept the packet and process the content when the packets are addressed to and/or authorized for use by [belongs to] the DCH3416 TV Box [first LCS domain].  Otherwise, the DCH3416 TV Box [LCS] will discard or reject the packets that are addressed a different or second DCH3416 TV Box [LCS] [belongs to a different LCS domain than the first LCS domain]. |

Ex. Z

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |       |
|       |               | *See* https://mediacomcable.com/products/television/ (last accessed October 8, 2020). |

**EX. Z**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  |

# TV & Internet your way with Xtream

Xtream gives you the flexibility and control to experience cable service TV & Internet like never before. Start enjoying Xtream TV today with these popular cable TV packages. Every Internet TV package comes with the following features.

**IN-HOME WIFI**
Enjoy a powerful wireless signal throughout your home

**XTREAM VOICE REMOTE**
Search for TV programming with a command of your voice

**INTELLIGENT GUIDE**
Use the state of art TiVo® search and guide

**TV EVERYWHERE™**
Watch TV anywhere in your home

. . .

November 5, 2020

EX. Z
BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | <br>*See* https://mediacomcable.com/products/television/ (last accessed October 9, 2020). |

EX. Z

BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               | Great entertainment, home or away - TV Everywhere™ gives you access to your channel lineup right from your web enabled device. At home, you can watch your favorite TV show on a tablet, laptop or game console in one room while others watch on the big screen in another room. Away from home, all you need is WiFi access and you could be watching TV — at the kids' soccer practice, in an airport or coffee shop, waiting for an appointment — wherever your day takes you.  *See* https://mediacomcable.com/products/television/ (last accessed October 9, 2020). |

**EX. Z**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  *See* https://www.mediacombundledeals.com/FAQS (last accessed October 12, 2020). |

EX. Z

BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | The Unit Address fields are: |

| Field | Description |
|-------|-------------|
| **TvPC Installed** | Indicates whether the TvPC renewable security system is installed: NO — TvPC is not installed (Note: the DCH3416 does not include a TvPC slot) |
| **CableCARD Inserted** | YES — CableCARD is inserted NO — CableCARD is not inserted |
| **Unit Address** | A unique decimal number that indicates the unit address or physical address. |
| **OOB Addresses** | |
| **Network** | The DCH3416 network address displayed in decimal format. |
| **Multicast 16 Address** | Specifies the stream to which the OOB multicast 16 addresses are assigned. The stream type and multicast 16 addresses cycle on the OSD every 5 seconds. The valid stream types nnnn are: Net — Network EMM — EMM SCC — SCC_ECM Dnld — Download Data — Data Poll — Polling packet identifier (PID) The 16-bit multicast address is displayed in 4-byte hexadecimal format. The multicast 16 addressed messages filter on a 16-bit multicast address. The user processor can define up to four multicast addresses in hardware, and any message matching one of the four is processed. Messages not matching the multicast address are discarded. |
| **Serial Number** | The Host Serial Number is displayed on the Unit Address diagnostic screen. |
| **MAC Addresses** | The DOCSIS, Ethernet, 1394, USB, and MAC addresses are stored in protected flash and displayed in hexadecimal. |

*See* https://www.midtel.com/wp-content/uploads/2020/07/Manual-Motorola-HD-DVR-DCH3416-Web.pdf (last accessed October 12, 2020).

**EX. Z**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | said LCS domain processor determining, from said first data set, a first data set status value of said first data set to be at least one of unsecure, secure, and legacy; | The processing device [LCS domain processor] of the DCH3416 [LCS] is configured to determine whether data or content associated with a specific channel [first data set] can be recorded or not. For example, the DCH3416 [LCS] is configured such that it will not record certain on demand programming outside a user's subscription. On information and belief, in order to make this determination, the DCH3416 TV Box [LCS] must determine a data value [first data set status value] indicating whether a channel may be recorded. This data value would indicate whether the channel is not recordable [secure] or recordable [unsecure]. For example, the DCH3416 TV Box [LCS] is configured to receive packets carrying the content [first content] from content servers. The packets include the content and a header that includes information about the content being sent. For example, the header of the packets include information or data (e.g., bits representing a value) identifying the quality or bitrate of content (e.g., SD, HD, etc.), whether the content is encrypted (e.g., secured or unsecured content), whether the content is recordable as well as other information to process the content. Upon information and belief, all LCS's sold, leased, or required by Mediacom in order to receive the benefit of Mediacom's services, perform this function. The processing device [LCS domain processor] of the DCH3416 TV Box [LCS] is configured to read [inspect] the values of the packet headers associated with the content to determine the quality of the content, whether the content is encrypted [secure] or unencrypted [unsecure], and whether the content is recordable [secure] or unrecordable [unsecure] [a first data set status value of said first data set to be at least one of unsecure, secure, and legacy]. Thus, after the DCH3416 TV Box [LCS] receives the packets associated with the content [first data set] via, for example, a "Video/Audio output" and "HDMI/YPbPr Output" ports [an LCS communications port], the processing device [LCS domain processor] of the DCH3416 TV Box [LCS] reads [inspects] the information or data of the header of the packets to [a first data set status value of said first data] determine the whether the header information indicates [set to be] that the packet includes encrypted content and the quality or bitrate of content [at least one of unsecure, secure, and legacy]. |

**Ex. Z**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               | ==Your Series Recordings will appear in the My Recordings list== with the show title as its label. Multiple recordings of the same show will have the same label and will be listed beginning with the most recent recordings first as default. To change your view, use the ◀ ▶ buttons on your remote to View By Date, View By Channel, or View By Title. You may also modify the priority assigned to a series using the Serie Priority List.<br><br><br><br>*See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/682/~/i-guide-dvr (last accessed October 8, 2020).<br><br>**How many hours of TV can I record?**<br>Recording capacity depends on the video format that is being used. For digital programs, you have approximately 80 hours of storage space, and with high-definition you have approximately 25 hours.<br><br>back to top ↑<br><br>*See* https://commcenter.mchsi.com/files/mediacom/faqs/docs/dvr.html#_7 (last accessed October 8, 2020). |

EX. Z
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | *DVR Service:* For a monthly fee, subscribers of FamilyTV may separately subscribe to Mediacom's digital video recorder ("DVR") Service, which allows you to record your favorite shows. In addition to the DVR Service fee, DVR Service require a DVR, which you can lease for a monthly fee. In communities where TiVo® DVR Service is available, you also have the option to purchase a retail TiVo® DVR, for which you will need a CableCARD; certain features, such as VOD and PPV are not available when using retail TiVo® DVRs and TiVo® receivers. To view your recorded programs on other TV sets, you will need to subscribe to Mediacom's Multi-Room DVR Service, as well as have an additional TiVo® receiver for each TV set, also available for lease from Mediacom or retail purchase. More details regarding TiVo® DVR features are available below.<br><br>*See* https://mediacomcable.com/legal/annual-cable-service-notice/ (last accessed October 12, 2020).<br><br>XTREAM POWERED BY Mediacom.  SHOP  PRODUCTS ⌄  ABOUT ⌄  SUPPORT ⌄  BUSINESS<br><br>⊙ BACK TO ALL ARTICLES<br><br>**List of Mediacom Video Equipment and User Guides**<br>. . . |

**EX. Z**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               | <table><tr><th>Advanced Digital Converters</th><th>HD</th><th>DVR</th><th>Hard Drive</th><th>Caller ID</th><th>User Guide/Datasheet</th></tr><tr><td>DCH3200</td><td>X</td><td></td><td></td><td>X</td><td>Click Here</td></tr><tr><td>DCH3416</td><td>X</td><td>X</td><td>160GB<br>up to 90 hrs SD<br>up to 20 hrs HD</td><td>X</td><td>Click Here</td></tr></table> *See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/2727/~/list-of-mediacom-video-equipment-and-user-guides (last accessed October 8, 2020). |

November 5, 2020                                                          50 of 69

EX. Z

BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | |  *See* https://mediacomcable.com/products/television/ (last accessed October 12, 2020). |
| | said LCS determining, using said first data set status value, which of a set of rules to | Upon information and belief, all LCS's sold, leased, or required by Mediacom in order to receive the benefit of Mediacom's services, perform this function. For example, the DCH3416 TV Box is configured to use the data of the packet header to determine whether a channel is recordable to determine whether the DCH3416 TV Box can record the channel in response to a user request to do so [determine which of a set of rules to apply to process said first data set]. For example, the header of the packets associated with the content include information or data (e.g., bits representing a value) identifying the quality or bitrate of content (e.g., SD, HD, etc.), whether the content is encrypted or unencrypted (e.g., secured or unsecured |

Ex. Z

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | apply to process said first data set; and | content), whether the content is recordable as well as other information to process the content [said first data set status value]. The processing device of the DCH3416 TV Box [LCS] is configured to read and use the values of the packet headers [said data set status values] associated with the content to determine a sequence of instructions of one or more algorithms [a set of rules] to perform [apply] in order to process the content [first data set]. When the header value [said first data set status value] indicates that the content [first content] is recordable, the DCH3416 TV Box [LCS] uses the header value [said first data set status value] to determine an algorithm [a set of rules] to perform to record the content [first content data].<br><br>Your Series Recordings will appear in the My Recordings list with the show title as its label. Multiple recordings of the same show will have the same label and will be listed beginning with the most recent recordings first as default. To change your view, use the ◀ ▶ buttons on your remote to View By Date, View By Channel, or View By Title. You may also modify the priority assigned to a series using the Serie Priority List.<br><br><br><br>*See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/682/~/i-guide-dvr (last accessed October 8, 2020). |

EX. Z
BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | **How many hours of TV can I record?**<br>Recording capacity depends on the video format that is being used. For digital programs, you have approximately 80 hours of storage space, and with high-definition you have approximately 25 hours.<br><div style="text-align:right">back to top ↑</div>*See* https://commcenter.mchsi.com/files/mediacom/faqs/docs/dvr.html#_7 (last accessed October 8, 2020).<br><br>*DVR Service:* For a monthly fee, subscribers of FamilyTV may separately subscribe to Mediacom's digital video recorder ("DVR") Service, which allows you to record your favorite shows. In addition to the DVR Service fee, DVR Service require a DVR, which you can lease for a monthly fee. In communities where TiVo® DVR Service is available, you also have the option to purchase a retail TiVo® DVR, for which you will need a CableCARD; certain features, such as VOD and PPV are not available when using retail TiVo® DVRs and TiVo® receivers. To view your recorded programs on other TV sets, you will need to subscribe to Mediacom's Multi-Room DVR Service, as well as have an additional TiVo® receiver for each TV set, also available for lease from Mediacom or retail purchase. More details regarding TiVo® DVR features are available below.<br>*See* https://mediacomcable.com/legal/annual-cable-service-notice/ (last accessed October 12, 2020). |
| | said LCS determining, at least in part from rights associated with an identification associated with a prompt received by said LCS for said first content, a quality level at which to | Upon information and belief, all LCS's sold, leased, or required by Mediacom in order to receive the benefit of Mediacom's services, perform this function. For example, the DCH3416 Box [LCS] is configured to determine whether to transmit the requested content [a quality level at which to transmit said first content, wherein the quality level is secure (see next element)] at least in part from a user's authentication from requesting the Mediacom's On Demand Programming [first content]. The DCH3416 TV Box [LCS] generates a user interface on a display (e.g., TV) that asks for a user's selection in ordering On Demand Programming and the DCH3416 TV Box [LCS] receives input from the user regarding the quality of the content requested by the user. For example, the processing unit of the DCH3416 TV Box [LCS] is configured to request and receive content from a content provider based upon user input and determine a video quality (e.g., SD, HD, etc.) to transmit the content [a quality level] to a user device (e.g., TV) based on the header information of the packets associated with the received content. |

**Ex. Z**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|  | transmit said first content, | Your Series Recordings will appear in the My Recordings list with the show title as its label. Multiple recordings of the same show will have the same label and will be listed beginning with the most recent recordings first as default. To change your view, use the ◀ ▶ buttons on your remote to View By Date, View By Channel, or View By Title. You may also modify the priority assigned to a series using the Serie Priority List.<br><br><br><br>*See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/682/~/i-guide-dvr (last accessed October 8, 2020).<br><br>How many hours of TV can I record?<br>Recording capacity depends on the video format that is being used. For digital programs, you have approximately 80 hours of storage space, and with high-definition you have approximately 25 hours.<br>back to top ↑<br><br>*See* https://commcenter.mchsi.com/files/mediacom/faqs/docs/dvr.html#_7 (last accessed October 8, 2020). |

EX. Z
BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               | **DVR Service:** For a monthly fee, subscribers of FamilyTV may separately subscribe to Mediacom's digital video recorder ("DVR") Service, which allows you to record your favorite shows. In addition to the DVR Service fee, DVR Service require a DVR, which you can lease for a monthly fee. In communities where TiVo® DVR Service is available, you also have the option to purchase a retail TiVo® DVR, for which you will need a CableCARD; certain features, such as VOD and PPV are not available when using retail TiVo® DVRs and TiVo® receivers. To view your recorded programs on other TV sets, you will need to subscribe to Mediacom's Multi-Room DVR Service, as well as have an additional TiVo® receiver for each TV set, also available for lease from Mediacom or retail purchase. More details regarding TiVo® DVR features are available below. *See* https://mediacomcable.com/legal/annual-cable-service-notice/ (last accessed October 12, 2020). <br><br> BACK TO ALL ARTICLES <br><br> List of Mediacom Video Equipment and User Guides <br> . . . |

**Ex. Z**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | <table><tr><th>Advanced Digital Converters</th><th>HD</th><th>DVR</th><th>Hard Drive</th><th>Caller ID</th><th>User Guide/Datasheet</th></tr><tr><td>DCH3200</td><td>X</td><td></td><td></td><td>X</td><td>Click Here</td></tr><tr><td>DCH3416</td><td>X</td><td>X</td><td>160GB up to 90 hrs SD up to 20 hrs HD</td><td>X</td><td>Click Here</td></tr></table> *See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/2727/~/list-of-mediacom-video-equipment-and-user-guides (last accessed October 8, 2020). |

**EX. Z**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | |  *See* https://mediacomcable.com/products/television/ (last accessed October 12, 2020). |
| | wherein said quality level is one of at least unsecure, secure, and legacy; | Upon information and belief, all the LCS's sold, leased, or required by Mediacom in order to receive the benefit of Mediacom's services, require this function.  For example, the DCH3416 TV Box [LCS] is configured to transmit on demand programming [wherein said quality level is secure]. |

EX. Z

BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  *See* https://mediacomcable.com/products/television/ (last accessed October 8, 2020). |

EX. Z
BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  |

November 5, 2020

59 of 69

# Ex. Z
## Blue Spike's Initial Infringement Analysis

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | |  *See* https://mediacomcable.com/products/television/ (last accessed October 9, 2020). |

**EX. Z**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | Great entertainment, home or away - TV Everywhere™ gives you access to your channel lineup right from your web enabled device. At home, you can watch your favorite TV show on a tablet, laptop or game console in one room while others watch on the big screen in another room. Away from home, all you need is WiFi access and you could be watching TV — at the kids' soccer practice, in an airport or coffee shop, waiting for an appointment — wherever your day takes you. <br><br> CLICK HERE TO SEE TV EVERYWHERE CHANNELS. > <br><br> *See* https://mediacomcable.com/products/television/ (last accessed October 9, 2020). <br><br> In addition, the DCH3416 TV Boxes is configured to transmit standard definition channels [wherein said quality level is legacy]. |

**EX. Z**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  *See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/2727/~/list-of-mediacom-video-equipment-and-user-guides (last accessed October 8, 2020). |

**EX. Z**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | |  *See* https://mediacomcable.com/products/television/ (last accessed October 12, 2020). |
| | said LCS transmitting said first content at the determined quality level. | Upon information and belief, all the LCS's sold, leased, or required by Mediacom in order to receive the benefit of Mediacom's services, require this function.  For example, the DCH3416 is configured to transmit on demand programming in response to a user's selection of the programming [prompt]. |

**Ex. Z**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  *See* https://mediacomcable.com/products/television/ (last accessed October 8, 2020). |

EX. Z
BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | TV & Internet your way with Xtream

Xtream gives you the flexibility and control to experience cable service TV & Internet like never before. Start enjoying Xtream TV today with these popular cable TV packages. Every Internet TV package comes with the following features.

**IN-HOME WIFI**
Enjoy a powerful wireless signal throughout your home

**XTREAM VOICE REMOTE**
Search for TV programming with a command of your voice

**INTELLIGENT GUIDE**
Use the state of art TiVo® search and guide

**TV EVERYWHERE™**
Watch TV anywhere in your home

. . . |

November 5, 2020

EX. Z
BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | *See* https://mediacomcable.com/products/television/ (last accessed October 9, 2020). |

## Ex. Z
### Blue Spike's Initial Infringement Analysis

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | Great entertainment, home or away - TV Everywhere™ gives you access to your channel lineup right from your web enabled device. At home, you can watch your favorite TV show on a tablet, laptop or game console in one room while others watch on the big screen in another room. Away from home, all you need is WiFi access and you could be watching TV — at the kids' soccer practice, in an airport or coffee shop, waiting for an appointment — wherever your day takes you.  *See* https://mediacomcable.com/products/television/ (last accessed October 9, 2020). |

## Ex. Z
### Blue Spike's Initial Infringement Analysis

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | |  *See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/682/~/i-guide-dvr (last accessed October 12, 2020). *See* https://commcenter.mchsi.com/files/mediacom/faqs/docs/dvr.html (last accessed October 12, 2020). |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the

**Ex. Z**

**Blue Spike's Initial Infringement Analysis**

relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.

November 5, 2020                                                                                                 69 of 69