# Exhibit AA

**Ex. AA**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

**U.S. Patent No. 7,475,246 – Mediacom Communications Corporation and Mediacom Broadband LLC**

**Claim 1**

Plaintiffs Blue Spike LLC, Blue Spike International Ltd., and Wistaria Trading Ltd. (collectively "Blue Spike") provides evidence of infringement of claim 1 of U.S. Patent No. 7,475,246 (hereinafter "the '246 patent") by Mediacom Communications Corporation and Mediacom Broadband LLC ("Mediacom"). In support thereof, Blue Spike provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least Mediacom's Set-Top-Boxes, TV boxes, and Mediacom's services. These claim charts demonstrate Mediacom's infringement, provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Mediacom has not yet provided any non-public information. An analysis of Mediacom's (or other third parties') technical documentation and/or software source code may assist in fully identify all infringing features and functionality. Accordingly, Blue Spike reserves the right to supplement this infringement analysis once such information is made available to Blue Spike. Furthermore, Blue Spike reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Unless otherwise noted, Blue Spike contends that Mediacom directly infringes the '246 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, Blue Spike further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. Mediacom makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringes claim 1 of the '246 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, Blue Spike believes and contends that each element of each claim asserted herein is literally met through Mediacom's provision of the Accused Instrumentalities. However, to the extent that Mediacom attempts to allege that any asserted claim element is not literally met, Blue Spike believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, Blue Spike did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

**EX. AA**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Instrumentalities, Blue Spike asserts that, on information and belief, any similarly-functioning instrumentalities also infringes the charted claim. Blue Spike reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Mediacom. Blue Spike also reserves the right to amend this infringement analysis by citing other claims of the '246 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. Blue Spike further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

**EX. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| 1. | A local content server system (LCS) for creating a secure environment for digital content, comprising: | Upon information and belief, Mediacom directly infringes the '246 patent by selling or leasing the Accused Instrumentalities to its customers.  Mediacom jointly infringes the asserted patent with its customers by conditioning the benefits of its services—including but not limited to HD or digital television channels and/or DVR services ("Mediacom service(s)")—on the use of the claimed system.  Mediacom further induces the infringement of its customers by instructing, encouraging, and enabling its customers to use the accused systems to access benefits of Mediacom's services through its provision of user guides, instructions, installation guides, and information in response to customer questions.<br><br>For example, Mediacom offers for sale or lease a Motorola "DCH3416" [LCS].  The DCH3416 TV Box [LCS] receives and stores digital content (e.g., video) and controls access to the digital content to protect the content from unauthorized use [a secure environment for digital content]. |

November 5, 2020

**Ex. AA**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | XTREAM *POWERED BY Mediacom.*   SHOP   PRODUCTS ⌄   ABOUT ⌄   SUPPORT ⌄   BUSINESS<br><br>**What is the all-digital conversion?**<br><br>Mediacom is upgrading to an all-digital technology that will allow us to provide digital quality signals. Converting channels to all digital will allow us to provide improved picture and sound quality wit everything you watch, greater reliability, and also frees up capacity so we can offer more services in the future such 1 Gigabit High Speed Data!<br><br>**What do I need to do to go all-digital? What equipment do I need?**<br><br>If you already have a Mediacom digital box connected to all of your TVs or if you have a digital-ready TV, you do not need to take any action to order additional equipment.<br><br>If you are unsure whether you need to take action, please use the chart to see what action is required.<br>*See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/955/~/digital-conversion-faq (last accessed October 9, 2020). |

**Ex. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               | <br><br>*See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/2727/~/list-of-mediacom-video-equipment-and-user-guides (last accessed October 8, 2020). |

**Ex. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | # TV & Internet your way with Xtream<br><br>Xtream gives you the flexibility and control to experience cable service TV & Internet like never before. Start enjoying Xtream TV today with these popular cable TV packages. Every Internet TV package comes with the following features.<br><br>**IN-HOME WIFI** **XTREAM VOICE REMOTE** **INTELLIGENT GUIDE** **TV EVERYWHERE™**<br><br>Enjoy a powerful wireless signal throughout your home / Search for TV programming with a command of your voice / Use the state of art TiVo® search and guide / Watch TV anywhere in your home<br><br>. . . |

## Ex. AA
### BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | |  |
| | | *See* https://mediacomcable.com/products/television/ (last accessed October 9, 2020). |

**Ex. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | |  *See* https://mediacomcable.com/products/television/ (last accessed October 8, 2020). |

**EX. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | <br><br>*See* https://mediacomcable.com/products/television/ (last accessed October 8, 2020).<br><br>Upon information and belief, all LCS devices sold, leased, required, or recommended by Mediacom (or that are capable of receiving the contracted-for services) are substantially similar to the DCH3416 TV Box as depicted herein. |
| | a) a communications port for connecting the system via a network to at | As part of the Mediacom's TV service, the DCH3416 TV Box [system] allows an authorized user to view digital content received via an electronic network [network] from at least one content server [at least one Secure Electronic Content Distributor (SECD)]. On information and belief, Mediacom controls the at least one content server [at least one Secure Electronic Content Distributor (SECD)] that regulates access to the digital content stored at the at least one content server [SECD]. |

**Ex. AA**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|  | least one Secure Electronic Content Distributor (SECD), | <br><br>*See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/955/~/digital-conversion-faq (last accessed October 9, 2020).<br><br>For example, the DCH3416 TV Box [system] includes a "Video/Audio output" and "HDMI/YPbPr Output" ports [a communications port] for connecting the DCH3416 TV Box [system] via a network to the at least one content server [SECD]. Upon information and belief, all LCS's offered for sale or lease by Mediacom include a communications port. |

**EX. AA**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               | **Rear Panel** <br><br>  <br><br> 1 — Cable In — Connects to cable signal from your service provider <br> 2 — RF Out — Ch 3/4 modulated audio/video (SDTV) to TV or VCR <br> 3 — M-Card — Inserted M-Card <br> 4 — Serial — Service only <br> 5-6 — Digital Audio (S/PDIF) — Provides Dolby® Digital 5.1 audio or PCM output <br> 7 — S-Video — Connects to S-Video (**SDTV**) input of TV or VCR <br> 8 — Video/Audio Out — Composite Video (**SDTV**) /Audio outputs / YPbPr— Component video output (**HDTV**) <br> 9 — HDMI — High-Definition TV (**HDTV**) connector <br> 10 — eSATA* — External Serial ATA disk interface <br> 11 — USB* 2.0 — High-Speed peripheral device connection <br> 12 — Ethernet* — Network connection <br> 13 — IEEE-1394 — Audio and video device connection <br> 14 — Power cord connector <br><br> *Availability of certain features is dependent upon application support.* <br> . . . |

**EX. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | **HDMI/YPbPr Output**: Allows you to specify the video output format of the DCH receiver for all content (when the 4:3 override setting is Off) or for all 480p, 720p, and 1080i content (when the 4:3 override is used). Options include 1080i, 720p, 480p, and 480i. By default, the 1080i option is selected. The options are used as follows: <br><br> • 1080i — The DCH receiver will present programs in the High-Definition 1080i format (1920 x 1080 pixels). <br> • 720p — The DCH receiver will present programs in the High-Definition 720p format (1280 x 720 pixels). <br> • 480p — The DCH receiver will present programs in the Enhanced-Definition 480p format (720 x 480 pixels). <br> • 480i — The DCH receiver will present programs in the Standard-Definition 480i format (720 x 480 pixels). <br><br> Some televisions may only support certain video formats. Please consult your television's user manual for more information on format compatibility. <br><br> The DCH receiver can detect when the HDMI connection is in use. If you are not using the HDMI connection on the DCH receiver, the HDMI/YPbPr Output setting will display as YPbPr Output in the User Settings Menu. <br><br> *See* https://www.irblaster.info/manuals/motorola/DCH3416.pdf (last accessed October 12, 2020). |
| | said SECD storing a plurality of data sets, | On information and belief, Mediacom controls the at least one content server [at least one Secure Electronic Content Distributor (SECD)] that regulates access to the digital content stored at the at least one content server [SECD]. On information and belief, the at least on content server [SECD] stores a plurality of digital video content [a plurality of data sets], including video on demand, for transmission to, for example, the DCH3416 TV Box [LCS]. |

**Ex. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | |  |

*See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/955/~/digital-conversion-faq (last accessed October 9, 2020).

**Ex. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  |

## Ex. AA
### BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | |  |
| | | *See* https://mediacomcable.com/products/television/ (last accessed October 9, 2020). |

**Ex. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  *See* https://mediacomcable.com/products/television/ (last accessed October 8, 2020). |

**Ex. AA**
**Blue Spike's Initial Infringement Analysis**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | <br>A subscription to Mediacom's TV service includes access to streaming video content from television channels; users are required to authenticate themselves as current subscribers to the channel by using their Mediacom ID. Access to the Internet is required in order to use TV Everywhere.<br>*See* https://mediacomcable.com/products/television/ (last accessed October 8, 2020). |
| | receiving a request to transfer at least one content data set, and transmitting the at least one content data set in a secured transmission; | In order to view on-demand video, the at least one content server [SECD] receives a request to access [transfer] the video [at least one content data set] and securely transmits the video to the, for example, DCH3416 TV Box [in a secured transmission]. |

**Ex. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | 

**What is the all-digital conversion?**

Mediacom is upgrading to an all-digital technology that will allow us to provide digital quality signals. Converting channels to all digital will allow us to provide improved picture and sound quality with everything you watch, greater reliability, and also frees up capacity so we can offer more services in the future such 1 Gigabit High Speed Data!

**What do I need to do to go all-digital? What equipment do I need?**

If you already have a Mediacom digital box connected to all of your TVs or if you have a digital-ready TV, you do not need to take any action to order additional equipment.

If you are unsure whether you need to take action, please use the chart to see what action is required.

*See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/955/~/digital-conversion-faq (last accessed October 9, 2020). |

**EX. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | # TV & Internet your way with Xtream<br><br>Xtream gives you the flexibility and control to experience cable service TV & Internet like never before. Start enjoying Xtream TV today with these popular cable TV packages. Every Internet TV package comes with the following features.<br><br>**IN-HOME WIFI** — Enjoy a powerful wireless signal throughout your home<br>**XTREAM VOICE REMOTE** — Search for TV programming with a command of your voice<br>**INTELLIGENT GUIDE** — Use the state of art TiVo® search and guide<br>**TV EVERYWHERE™** — Watch TV anywhere in your home<br><br>. . . |

## Ex. AA
### BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               | <br>*See* https://mediacomcable.com/products/television/ (last accessed October 9, 2020). |

**EX. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  *See* https://mediacomcable.com/products/television/ (last accessed October 8, 2020). |

**Ex. AA**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | |  |

## Ex. AA
### Blue Spike's Initial Infringement Analysis

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | Your Series Recordings will appear in the My Recordings list with the show title as its label. Multiple recordings of the same show will have the same label and will be listed beginning with the most recent recordings first as default. To change your view, use the ◀ ▶ buttons on your remote to View By Date, View By Channel, or View By Title. You may also modify the priority assigned to a series using the Serie Priority List.<br><br><br><br>. . .<br><br>**Managing Your Recordings**<br><br>**Q.** How long can I keep My Recordings?<br><br>A. You can keep them as long as you want. Just remember, the recording space is limited, so you may need to delete some recorded programs from time to time in order to make room for new ones.<br>*See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/682/~/i-guide-dvr (last accessed October 8, 2020).<br>How many hours of TV can I record?<br>Recording capacity depends on the video format that is being used. For digital programs, you have approximately 80 hours of storage space, and with high-definition you have approximately 25 hours.<br><br>back to top ↑ |

**EX. AA**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | *See* https://commcenter.mchsi.com/files/mediacom/faqs/docs/dvr.html#_7 (last accessed October 8, 2020). |
| | b) a rewritable storage medium whereby content received from outside the LCS is stored and retrieved; | The DCH3416 [LCS] includes a storage device, such as a memory unit or a hard drive [a rewritable storage medium]. On information and belief, in order to play video content received from the at least on content server (SECD) located remote from the DCH3416 TV Box [LCS] [outside the LCS], the DCH3416 TV Box [LCS] receives the digital content (e.g., video digital content) from the SECD [content received from outside the LCS] and stores the content in the storage device for playback [content is stored and retrieved]. Upon information and belief, all LCS devices sold, leased, required, or recommended by Mediacom (or that are capable of receiving the contracted-for services) have the required rewriteable storage medium.<br><br>Your Series Recordings will appear in the My Recordings list with the show title as its label. Multiple recordings of the same show will have the same label and will be listed beginning with the most recent recordings first as default. To change your view, use the ◀ ▶ buttons on your remote to View By Date, View By Channel, or View By Title. You may also modify the priority assigned to a series using the Serie Priority List.<br><br><br><br>. . . |

**Ex. AA**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | **Managing Your Recordings**<br><br>Q. How long can I keep My Recordings?<br><br>A. You can keep them as long as you want. Just remember, the recording space is limited, so you may need to delete some recorded programs from time to time in order to make room for new ones.<br><br>*See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/682/~/i-guide-dvr (last accessed October 8, 2020).<br><br>How many hours of TV can I record?<br>Recording capacity depends on the video format that is being used. For digital programs, you have approximately 80 hours of storage space, and with high-definition you have approximately 25 hours.<br>back to top ↑<br><br>*See* https://commcenter.mchsi.com/files/mediacom/faqs/docs/dvr.html#_7 (last accessed October 8, 2020). |

**EX. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | **Table 1-1 DVR Recording Time Guidelines** <br><br> | Model | Drive Size | Estimated Recording Hours For: Standard Digital Channels | HDTV Channels | <br> | DCH3416 | 160 GB | 55 to 100 | 14 to 21 | <br><br> All times are approximate. The actual hours a subscriber can record are a function of program bit rate, the IPG type, and the reserved buffer space. <br><br> **Standard Data Features** <br> • Integrated DOCSIS 1.0/1.1/2.0 capable cable modem <br> • 16 MB flash memory (supports up to 32 MB optional) <br> • 128 MB SDRAM (256 MB optional) <br> • One rear and one front Universal Serial Bus (USB) 2.0 port (dual connector interface) <br> • One eSATA (external SATA) connector, un-powered for data-only. <br> • 10/100 Mbps Ethernet Port (RJ-45) <br> • On-board real-time RF return (DOCSIS compliant) <br><br> *See* http:// https://www.midtel.com/wp-content/uploads/2020/07/Manual-Motorola-HD-DVR-DCH3416-Web.pdf (last accessed October 12, 2020). |
| | c) a domain processor that imposes rules and procedures for content being transferred between the LCS and devices | The DCH3416 TV Box [LCS] includes a central processing unit [a domain processor]. Upon information and belief, all LCS devices sold, leased, required, or recommended by Mediacom (or that are capable of receiving the contracted-for services) have the required domain processor. |

**EX. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | outside the LCS; and | **1 INTRODUCTION**<br><br>This manual provides instructions for cable operator personnel to install the Motorola DCH3416 All-Digital High-Definition Dual Tuner DVR Cable Receiver. This unit includes a high-end processor, expanded memory, and enhanced graphics to support digital and on-demand broadcast and interactive services. It provides a full complement of interconnection options.<br><br>*See* https://www.midtel.com/wp-content/uploads/2020/07/Manual-Motorola-HD-DVR-DCH3416-Web.pdf (last accessed October 12, 2020).<br><br>On information and belief, the processing unit within the, for example, DCH3416 TV Box [LCS] executes a sequence of instructions of one or more algorithms [imposes rules and procedures] for processing content being transferred between the DCH3416 TV Box [LCS] and at least one content server (SECD) located remote from the DCH3416 TV Box [LCS] [devices outside the LCS].<br><br># TV & Internet your way with Xtream<br><br>Xtream gives you the flexibility and control to experience cable service TV & Internet like never before. Start enjoying Xtream TV today with these popular cable TV packages. Every Internet TV package comes with the following features.<br><br>**IN-HOME WIFI** — Enjoy a powerful wireless signal throughout your home<br><br>**XTREAM VOICE REMOTE** — Search for TV programming with a command of your voice<br><br>**INTELLIGENT GUIDE** — Use the state of art TiVo® search and guide<br><br>**TV EVERYWHERE™** — Watch TV anywhere in your home<br><br>. . . |

# Ex. AA
## BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | <br>*See* https://mediacomcable.com/products/television/ (last accessed October 9, 2020). |

## Ex. AA
### BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | <br>*See* https://mediacomcable.com/products/television/ (last accessed October 8, 2020). |

**Ex. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |  See https://mediacomcable.com/products/television/ (last accessed October 8, 2020). |

## Ex. AA
### BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|  |  | Your Series Recordings will appear in the My Recordings list with the show title as its label. Multiple recordings of the same show will have the same label and will be listed beginning with the most recent recordings first as default. To change your view, use the ◀ ▶ buttons on your remote to View By Date, View By Channel, or View By Title. You may also modify the priority assigned to a series using the Serie Priority List.  . . . **Managing Your Recordings** **Q.** How long can I keep My Recordings? A. You can keep them as long as you want. Just remember, the recording space is limited, so you may need to delete some recorded programs from time to time in order to make room for new ones. *See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/682/~/i-guide-dvr (last accessed October 8, 2020). How many hours of TV can I record? Recording capacity depends on the video format that is being used. For digital programs, you have approximately 80 hours of storage space, and with high-definition you have approximately 25 hours. back to top ↑ |

**Ex. AA**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | *See* https://commcenter.mchsi.com/files/mediacom/faqs/docs/dvr.html#_7 (last accessed October 8, 2020). |
| | d) a programmable address module programmed with an identification code uniquely associated with the LCS; and | The DCH3416 TV Box [LCS] includes a machine address code ("MAC") address [an identification code] that is unique to DCH3416 TV Box [LCS]. At least one content server (SECD) transmits the digital video content in packets and inserts the MAC address [identification code] into the packets in order to route the packets to the DCH3416 TV Box [LCS]. Upon information and belief, all LCS devices sold, leased, required, or recommended by Mediacom (or that are capable of receiving the contracted-for services) operate similarly with respect to a MAC address. <br><br> # TV & Internet your way with Xtream <br><br> Xtream gives you the flexibility and control to experience cable service TV & Internet like never before. Start enjoying Xtream TV today with these popular cable TV packages. Every Internet TV package comes with the following features. <br><br> **IN-HOME WIFI** — Enjoy a powerful wireless signal throughout your home <br> **XTREAM VOICE REMOTE** — Search for TV programming with a command of your voice <br> **INTELLIGENT GUIDE** — Use the state of art TiVo® search and guide <br> **TV EVERYWHERE™** — Watch TV anywhere in your home <br><br> . . . |

## Ex. AA
### BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               | <br>*See* https://mediacomcable.com/products/television/ (last accessed October 9, 2020). |

**Ex. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | <br><br>*See* https://mediacomcable.com/products/television/ (last accessed October 8, 2020). |

**Ex. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               |       |

See https://mediacomcable.com/products/television/ (last accessed October 8, 2020).

**Ex. AA**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | Your Series Recordings will appear in the My Recordings list with the show title as its label. Multiple recordings of the same show will have the same label and will be listed beginning with the most recent recordings first as default. To change your view, use the ◀ ▶ buttons on your remote to View By Date, View By Channel, or View By Title. You may also modify the priority assigned to a series using the Serie Priority List. <br><br>  <br><br> . . . <br><br> **Managing Your Recordings** <br><br> **Q.** How long can I keep My Recordings? <br><br> A. You can keep them as long as you want. Just remember, the recording space is limited, so you may need to delete some recorded programs from time to time in order to make room for new ones. <br> *See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/682/~/i-guide-dvr (last accessed October 8, 2020). <br><br> How many hours of TV can I record? <br> Recording capacity depends on the video format that is being used. For digital programs, you have approximately 80 hours of storage space, and with high-definition you have approximately 25 hours. <br><br> back to top ↑ |

**Ex. AA**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | *See* https://commcenter.mchsi.com/files/mediacom/faqs/docs/dvr.html#_7 (last accessed October 8, 2020).<br><br><br><br>*See* https://www.mediacombundledeals.com/FAQS (last accessed October 12, 2020). |

**EX. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | | The Unit Address fields are:<br><br>*(table below)*<br><br>*See* https://www.midtel.com/wp-content/uploads/2020/07/Manual-Motorola-HD-DVR-DCH3416-Web.pdf (last accessed October 12, 2020). |

| Field | Description |
|---|---|
| TvPC Installed | Indicates whether the TvPC renewable security system is installed:<br>NO — TvPC is not installed (Note: the DCH3416 does not include a TvPC slot) |
| CableCARD Inserted | YES — CableCARD is inserted<br>NO — CableCARD is not inserted |
| Unit Address | A unique decimal number that indicates the unit address or physical address. |
| **OOB Addresses** | |
| Network | The DCH3416 network address displayed in decimal format. |
| Multicast 16 Address | Specifies the stream to which the OOB multicast 16 addresses are assigned. The stream type and multicast 16 addresses cycle on the OSD every 5 seconds. The valid stream types nnnn are:<br>Net — Network<br>EMM — EMM<br>SCC — SCC_ECM<br>Dnld — Download<br>Data — Data<br>Poll — Polling packet identifier (PID)<br><br>The 16-bit multicast address is displayed in 4-byte hexadecimal format. The multicast 16 addressed messages filter on a 16-bit multicast address. The user processor can define up to four multicast addresses in hardware, and any message matching one of the four is processed. Messages not matching the multicast address are discarded. |
| Serial Number | The Host Serial Number is displayed on the Unit Address diagnostic screen. |
| MAC Addresses | The DOCSIS, Ethernet, 1394, USB, and MAC addresses are stored in protected flash and displayed in hexadecimal. |

# Ex. AA
## BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | said domain processor permitting the LCS to receive digital content from outside the LCS provided the LCS first determines that the digital content being delivered to the LCS is authorized for use by the LCS and | The processing units [domain processor] of the DCH3416 TV Box [LCS] allows the DCH3416 TV Box [LCS] to receive high definition ("HD") video content [digital content] from the at least one content server [from outside the LCS] and processes the HD video content if the user of the DCH3416 TV Box [LCS] has subscribed to the HD service [authorized for use by the LCS]. Upon information and belief, all LCS devices sold, leased, required, or recommended by Mediacom (or that are capable of receiving the contracted-for services) have a domain processor that operates in a similar manner. Your Series Recordings will appear in the My Recordings list with the show title as its label. Multiple recordings of the same show will have the same label and will be listed beginning with the most recent recordings first as default. To change your view, use the ◄ ► buttons on your remote to View By Date, View By Channel, or View By Title. You may also modify the priority assigned to a series using the Serie Priority List.  *See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/682/~/i-guide-dvr (last accessed October 8, 2020). **How many hours of TV can I record?** Recording capacity depends on the video format that is being used. For digital programs, you have approximately 80 hours of storage space, and with high-definition you have approximately 25 hours. back to top ↑ |

November 5, 2020

39 of 45

**EX. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
| | | *See* https://commcenter.mchsi.com/files/mediacom/faqs/docs/dvr.html#_7 (last accessed October 8, 2020).<br><br>**DVR Service:** For a monthly fee, subscribers of FamilyTV may separately subscribe to Mediacom's digital video recorder ("DVR") Service, which allows you to record your favorite shows. In addition to the DVR Service fee, DVR Service require a DVR, which you can lease for a monthly fee. In communities where TiVo® DVR Service is available, you also have the option to purchase a retail TiVo® DVR, for which you will need a CableCARD; certain features, such as VOD and PPV are not available when using retail TiVo® DVRs and TiVo® receivers. To view your recorded programs on other TV sets, you will need to subscribe to Mediacom's Multi-Room DVR Service, as well as have an additional TiVo® receiver for each TV set, also available for lease from Mediacom or retail purchase. More details regarding TiVo® DVR features are available below.<br><br>*See* https://mediacomcable.com/legal/annual-cable-service-notice/ (last accessed October 12, 2020).<br><br>XTREAM POWERED BY Mediacom.  SHOP  PRODUCTS ⌄  ABOUT ⌄  SUPPORT ⌄  BUSINESS<br><br>⊙ BACK TO ALL ARTICLES<br><br>List of Mediacom Video Equipment and User Guides<br><br>. . . |

**Ex. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               | <table><tr><td>Advanced Digital Converters</td><td>HD</td><td>DVR</td><td>Hard Drive</td><td>Caller ID</td><td>User Guide/Datasheet</td></tr><tr><td>DCH3200</td><td>X</td><td></td><td></td><td>X</td><td>Click Here</td></tr><tr><td>DCH3416</td><td>X</td><td>X</td><td>160GB<br>up to 90 hrs SD<br>up to 20 hrs HD</td><td>X</td><td>Click Here</td></tr></table><br>*See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/2727/~/list-of-mediacom-video-equipment-and-user-guides (last accessed October 8, 2020). |

**EX. AA**
**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | |  *See* https://mediacomcable.com/products/television/ (last accessed October 12, 2020). |
| | if the digital content is not authorized for use by the LCS, accepting the digital content at a predetermined quality level, | For example, the DCH3416 TV Boxes [LCS] processes standard definition ("SD") video content [digital content at a predetermined quality level, said predetermined quality level having been set for legacy content] if the user of the DCH3416 TV Box [LCS] has not subscribed to the HD service [not authorized for use by the LCS. Upon information and belief, all LCS devices sold, leased, required, or recommended by Mediacom (or that are capable of receiving the contracted-for services) respond similarly to a lack of authorization for digital content. |

**Ex. AA**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|---|---|---|
| | said predetermined quality level having been set for legacy content. | Your Series Recordings will appear in the My Recordings list with the show title as its label. Multiple recordings of the same show will have the same label and will be listed beginning with the most recent recordings first as default. To change your view, use the ◀ ▶ buttons on your remote to View By Date, View By Channel, or View By Title. You may also modify the priority assigned to a series using the Serie Priority List. <br><br>  <br><br> *See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/682/~/i-guide-dvr (last accessed October 8, 2020). <br><br> **How many hours of TV can I record?** <br> Recording capacity depends on the video format that is being used. For digital programs, you have approximately 80 hours of storage space, and with high-definition you have approximately 25 hours. <br><br> back to top ↑ <br><br> *See* https://commcenter.mchsi.com/files/mediacom/faqs/docs/dvr.html#_7 (last accessed October 8, 2020). |

**Ex. AA**

**BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS**

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|       |               | *DVR Service:* For a monthly fee, subscribers of FamilyTV may separately subscribe to Mediacom's digital video recorder ("DVR") Service, which allows you to record your favorite shows. In addition to the DVR Service fee, DVR Service require a DVR, which you can lease for a monthly fee. In communities where TiVo® DVR Service is available, you also have the option to purchase a retail TiVo® DVR, for which you will need a CableCARD; certain features, such as VOD and PPV are not available when using retail TiVo® DVRs and TiVo® receivers. To view your recorded programs on other TV sets, you will need to subscribe to Mediacom's Multi-Room DVR Service, as well as have an additional TiVo® receiver for each TV set, also available for lease from Mediacom or retail purchase. More details regarding TiVo® DVR features are available below.<br><br>*See* https://mediacomcable.com/legal/annual-cable-service-notice/ (last accessed October 12, 2020).<br><br>![XTREAM POWERED BY Mediacom logo; navigation: SHOP PRODUCTS ∨ ABOUT ∨ SUPPORT ∨ BUSINESS]<br><br>⊕ BACK TO ALL ARTICLES<br><br>## List of Mediacom Video Equipment and User Guides<br>. . .<br><br>| Advanced Digital Converters | HD | DVR | Hard Drive | Caller ID | User Guide/Datasheet |<br>|---|---|---|---|---|---|<br>| DCH3200 | X | | | X | Click Here |<br>| DCH3416 | X | X | 160GB up to 90 hrs SD up to 20 hrs HD | X | Click Here | |

## Ex. AA
### BLUE SPIKE'S INITIAL INFRINGEMENT ANALYSIS

| Claim | Claim Element | Accused Instrumentalities |
|-------|---------------|---------------------------|
|  |  | *See* http://mediacomcc.custhelp.com/app/answers/detail/a_id/2727/~/list-of-mediacom-video-equipment-and-user-guides (last accessed October 8, 2020). <br><br>  <br><br> *See* https://mediacomcable.com/products/television/ (last accessed October 12, 2020). |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.

November 5, 2020                                                                                   45 of 45