# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Blue Spike LLC et al. v. Mediacom Communications Corporation et al.

Case Number: 1:20-cv-06600

An appearance is hereby filed by the undersigned as attorney for:

Mediacom Communications Corporation and Mediacom Broadband LLC, Defendants.

Attorney name (type or print): Benjamin J. Bradford

Firm: Jenner & Block LLP

Street address: 353 N. Clark Street

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6285800
(See item 3 in instructions)

Telephone Number: 312-840-7224

Email Address: BBradford@jenner.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 02/04/2021

Attorney signature: S/ Benjamin J. Bradford
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015