## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Blue Spike LLC et al. v. Mediacom Communications Corporation et al.

Case Number: 1:20-cv-06600

An appearance is hereby filed by the undersigned as attorney for:

Mediacom Communications Corporation and Mediacom Broadband LLC, Defendants.

Attorney name (type or print): Yusuf Esat

Firm: Jenner & Block LLP

Street address: 353 N. Clark Street

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6299733
(See item 3 in instructions)

Telephone Number: 312-840-7654

Email Address: YEsat@jenner.com

Are you acting as lead counsel in this case?  ☐ Yes  ☑ No

Are you acting as local counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's trial bar?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 02/04/2021

Attorney signature: S/ Yusuf Esat

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015