## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BLUE SPIKE LLC; BLUE SPIKE INTERNATIONAL LTD.; WISTARIA TRADING LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MEDIACOM COMMUNICATIONS CORPORATION and MEDIACOM BROADBAND LLC, <br><br> Defendants. | Civil Action No. 1:20-cv-06600-RPP |

## MEDIACOM'S FRCP 7.1 DISCLOSURE STATEMENT
## AND L.R. 3.2 NOTIFICATION AS TO AFFILIATES

Defendants Mediacom Communications Corporation and Mediacom Broadband LLC state as follows for their Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and their Notification as to Affiliates pursuant to Local Rule 3.2:

Mediacom Communications Corporation is a privately-held corporation that is wholly owned by JMCC Corporation.

Mediacom Broadband LLC is a wholly-owned subsidiary of Mediacom Communications Corporation.

Dated: February 25, 2021

Respectfully submitted,

*/s/ Amr. O. Aly*
Amr O. Aly
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3908
Telephone: (212) 407-1774
AAly@jenner.com

Benjamin J. Bradford
Yusuf Esat
JENNER & BLOCK LLP
353 North Clark St.
Chicago, IL 60654
bbradford@jenner.com
yesat@jenner.com

***Attorneys for Defendants Mediacom Communications Corporation and Mediacom Broadband LLC***

## **CERTIFICATE OF SERVICE**

I, Yusuf Esat, an attorney at the law firm of Jenner & Block LLP, certify that on February 25, 2021, the foregoing **MEDIACOM'S FRCP 7.1 DISCLOSURE STATEMENT AND L.R. 3.2 NOTIFICATION AS TO AFFILIATES** was electronically served on counsel of record via the Court's CM/ECF system.

*/s/ Yusuf Esat*
Yusuf Esat